ARMSTRONG, Appellant, v. MINETTO-MERIDEN CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 29, 1915.) Action by James D. Armstrong against the Minetto-Meriden Company.

PER CURIAM. Judgment affirmed, with costs. See, also, 158 App. Div. 910, 143 N. Y. Supp. 1105.

KRUSE, P. J., dissents, upon the ground that the question of plaintiff's contributory negligence, as well as that of the defendant's negligence, was for the jury.

In re ARONSON et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) In the matter of Max Aronson and others, as testamentary trustees, etc., of Jacob Aronson, deceased, consolidated with the matter of Max Aronson and others, as trustees, etc. No opinion. Decree affirmed, with costs. Order filed.

AUTOMOBILE TIRE CO. v. MANSFIELD TIRE & RUBBER CO. (No. 6843.) (Supreme Court, Appellate Division, First Department. January 29, 1915.) Appeal from Special Term, New York County. Action by the Automobile Tire Company against the Mansfield Tire & Rubber Company. From an order directing plaintiff to serve a bill of particulars, it appeals. Modified and affirmed. Jacob Ansbacher, of New York City, for appellant. Wendell P. McKown, of New York City, for respondent.

PER CURIAM. The order appealed from is modified, by directing the service of a bill of particulars called for in the notice of motion in items therein designated 1, 2 down to and including the words "the quantity and size of tires ordered," 3, 4 and 8, and, as thus modified, affirmed, without costs to either party.

In re BABCOCK'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) In the matter of the administration of the estate of Louis E. Babcock, deceased.

PER CURIAM. It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision herein, the appeal (from 85 Misc. Rep. 256, 147 N. Y. Supp. 168) is transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure.

MERRELL, J., not sitting.

BACHMAN et al., Appellants, v. PENDLE-TON, Respondent. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Action by Frank H. Bachman and others against Adelaide Elizabeth Pendleton. No opinion. Motion denied. See, also, 150 N. Y. Supp. 1074.

BAER v. GREAT EASTERN CASUALTY CO. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Simon Baer against the Great Eastern Casualty Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 151 N. Y. Supp. 1102.

BAER v. GREAT EASTERN CASUALTY CO. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Simon Baer against the Great Eastern Casualty Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 151 N. Y. Supp. 1102.

BAER v. KENNY et al. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Nathan Baer against Michael J. Kenny and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 151 N. Y. Supp. 1102.

BAER v. KENNY. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Nathan Baer against Michael J. Kenny. No opinion. Motion denied, with $10 costs. Order filed. See, also, 151 N. Y. Supp. 1102.

BAKER, Appellant, v. GLENVILLE et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 3, 1915.) Action by Margaret L. Baker against Edward P. Glenville and another. No opinion. Judgment unanimously affirmed, with costs.

BAKER et al., Appellants, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 6, 1915.) Action by Charles G. Baker and another. as administrators, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal (from 150 N. Y. Supp. 1074) to Court of Appeals denied, with $10 costs.

BANK OF THE UNITED STATES v. PUBLIC BANK OF NEW YORK CITY. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by the Bank of the United States against the Public Bank of New York City. No opinion. Application granted. Order signed. See, also, 151 N. Y. Supp. 26.

BANKS, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by William F. Banks against Edward W. Thompson. No opinion. Judgment and order of the County Court of Richmond County unanimously affirmed, with costs.

BARKIN CONST. CO., Respondent, v. GOODMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. February 5, 1915.) Action by the Barkin Construction Company against Edmund L. Goodman and another. M. H. Cane, of New York City, for appellants. J. A. Seidman, of New York City, for respondent. No opinion.